

# Fourth Court of Appeals
## San Antonio, Texas

March 18, 2022

No. 04-22-00138-CV

**SAN ANTONIO WATER SYSTEM**, an Agency of the City of San Antonio ("SAWS"),
Appellant

v.

**MATIRAAN, LTD**., and Marylyn House,
Appellees

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2020-CI-08486
Honorable Laura Salinas, Judge Presiding

# O R D E R

The reporter's record was originally due March 14, 2022, but was not filed. On March 17, 2022, the court reporter filed a notification of late record, requesting an extension until April 18, 2022 to file the record. After consideration, we **GRANT** the request and **ORDER** the court reporter to file the record **by April 18, 2022**.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 18th day of March, 2022.

_____
MICHAEL A. CRUZ, Clerk of Court